# Court of Appeals
# of the State of Georgia

ATLANTA, February 03, 2021

*The Court of Appeals hereby passes the following order:*

## A21A0768. ZACHARY et al. v. CHAVIS et al.

This appeal brought by Kandice and Michael Zachary was docketed on December 16, 2020. The Zacharys' brief of appellant was due twenty (20) days later, on January 5, 2021. See Court of Appeals Rule 23 (a). Ten days have passed since the due date, and the Zacharys have not filed their brief of appellant or requested an extension of time to file the brief. Accordingly, the Zacharys' appeal is hereby DISMISSED for failure to file a brief. See id.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  02/03/2021*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*